IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TA
MDL No. 2570

This Document Relates to
Plaintiff PERRY JEWETT

Civil Case # 1:19-cv-3839

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Perry Jewett

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   South Dakota

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   South Dakota

6. Plaintiff's/Deceased Party's current state of residence:

   South Dakota

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of South Dakota

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical, LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   1-28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

11. Date of Implantation as to each product:

April 7, 2015

12. Hospital(s) where Plaintiff was implanted (including City and State):

Rapid City Regional Hospital, Rapid City, South Dakota

13. Implanting Physician(s):

Dr. Brian Baxter

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability – Failure to Warn

☒ Count II – Strict Products Liability – Design Defect

☒ Count III – Negligence

3

☒ Count IV – Negligence Per Se

☒ Count V – Breach of Express Warranty

☒ Count VI – Breach of Implied Warranty

☒ Count VII – Violations of Applicable <u>South Dakota</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII – Loss of Consortium

☐ Count IX – Wrongful Death

☐ Count X – Survival

☒ Count XI – Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

<u>Grant L. Davis, and Thomas E. Ruzicka</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>Davis, Bethune & Jones, LLC, 1100 Main Street, Suite 2930, Kansas City, MO 64105</u>

<u>Grant Davis, MO #34799; Thomas E. Ruzicka, MO #63584</u>

Dated: September 10, 2019

        Respectfully submitted,

        DAVIS BETHUNE & JONES, LLC

        /s/ *Grant L. Davis*
        Grant L. Davis    MO #34799
        Thomas E. Ruzicka    MO #63584
        1100 Main Street, Suite 2930
        Kansas City, MO 64105
        (816) 421-1600; (816) 472-5972 fax
        gdavis@dbjlaw.net
        truzicka@dbjlaw.net

        ATTORNEYS FOR PLAINTIFF